**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00017-CMA-KMT

CHRISTOPHER VOTOUPAL,

      Plaintiff,

v.

DAIMLERCHRYSLER MOTORS CORPORATION, a Delaware corporation,
JOHNSON CONTROLS, INC., a Wisconsin corporation, and
CRYSTAL LAKE CHRYSLER-JEEP, INC., an Illinois corporation,

      Defendants.

---

**ORDER OF DISMISSAL**

---

      Plaintiff's Motion to Dismiss Without Prejudice (Doc. # 12) is GRANTED.  The

Court, having reviewed the case file, hereby

      ORDERS that this matter is DISMISSED WITHOUT PREJUDICE, and that this

Order shall have no effect on Denver County District Court Case No. 09CV2445 and

Twenty Second Judicial Circuit of McHenry County, Illinois Case No. 09LA248.

      DATED:  July __17__, 2009

                                       BY THE COURT:

                                       _____
                                       CHRISTINE M. ARGUELLO
                                       United States District Judge